| | |
|---|---|
| <u>DEFENDANT</u>: | JON M. HALLFORD |
| <u>YOB</u>: | 1979 |
| <u>COMPLAINT FILED?</u> | ____ Yes   __X__ No |
| | If Yes, MAGISTRATE CASE NUMBER:  n/a |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes     __X__ No

| | |
|---|---|
| <u>OFFENSE(S)</u>: | <u>Counts 1-10</u>:   Wire Fraud and Aiding and Abetting.  18 U.S.C. §§  1343 and 2. |
| | <u>Count 11</u>:  Conspiracy to Commit Wire Fraud. 18 U.S.C. § 1349. |
| | <u>Counts 12-14</u>:   Wire Fraud and Aiding and Abetting.  18 U.S.C. §§  1343 and 2. |
| | <u>Count 15</u>:  Conspiracy to Commit Wire Fraud. 18 U.S.C. § 1349. |
| <u>LOCATION OF OFFENSE</u>: | El Paso and Fremont Counties, Colorado |
| <u>PENALTY</u>: | NMT 20 years of imprisonment, NMT $250,000 fine, or both; NMT 3 years of supervised release; $100 special assessment fee. |
| <u>AGENT</u>: | Andrew Cohen, Special Agent, Federal Bureau of Investigation |
| | Heather McCormick Special Agent, OIG, U.S. Small Business Administration |
| <u>AUTHORIZED BY</u>: | Tim Neff and Craig Fansler Assistant U.S. Attorneys |

<u>ESTIMATED TIME OF TRIAL</u>:

__ five days or less; _X_ over five days

THE GOVERNMENT

 X   will seek detention in this case based on 18 U.S.C. § 3142(f)(2).

The statutory presumption of detention is not applicable to this defendant.