| | |
|---|---|
| DEFENDANT: | CARIE L. HALLFORD |
| YOB: | 1976 |
| COMPLAINT FILED? | ____ Yes   __X__ No |
| | If Yes, MAGISTRATE CASE NUMBER:  n/a |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   __X__ No

| | |
|---|---|
| OFFENSE(S): | Counts 1-10:  Wire Fraud and Aiding and Abetting.  18 U.S.C. §§ 1343 and 2. |
| | Count 11:  Conspiracy to Commit Wire Fraud. 18 U.S.C. § 1349. |
| | Counts 12-14:  Wire Fraud and Aiding and Abetting.  18 U.S.C. §§ 1343 and 2. |
| | Count 15:  Conspiracy to Commit Wire Fraud. 18 U.S.C. § 1349. |
| LOCATION OF OFFENSE: | El Paso and Fremont Counties, Colorado |
| PENALTY: | Counts 1 – 15:  NMT 20 years of imprisonment, NMT $250,000 fine, or both; NMT 3 years of supervised release; $100 special assessment fee, restitution (each count) |
| AGENT: | Andrew Cohen, Special Agent, Federal Bureau of Investigation |
| | Heather McCormick Special Agent, OIG, U.S. Small Business Administration |
| AUTHORIZED BY: | Tim Neff and Craig Fansler Assistant U.S. Attorneys |

ESTIMATED TIME OF TRIAL:

__ five days or less; _X_ over five days

THE GOVERNMENT

 X   will seek detention in this case based on 18 U.S.C. § 3142(f)(2).

The statutory presumption of detention is not applicable to this defendant.