AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:24-cr-00113-NYW |
| JON M. HALLFORD | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JON M. HALLFORD, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Counts 1- 10 - Wire Fraud and Aiding and Abetting in violation of 18 U.S.C. § § 1343 and 2.
Count 11 - Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 1349
Counts 12-14 - Wire Fraud and Aiding and Abetting in violation of 18 U.S.C. § § 1343 and 2.
Count 15 - Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 1349

Date: 04/10/2024

s/ N. Orlin
*Issuing officer's signature*

City and state: Denver, CO

Jeffery P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*