IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 24-cr-00113-NYW-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. **JON M. HALLFORD,**

       **Defendant.**

## DEFENDANT'S NOTICE OF APPEAL

Mr. Jon M. Hallford, through his attorney, Assistant Federal Public Defender, Laura H. Suelau, and the Office of the Federal Public Defender, files this notice of appeal to the Tenth Circuit Court of Appeals, and appeals the Judgment and Commitment Order (Doc. No. 121) that was entered on July 3, 2025.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       s/ Laura H. Suelau
       LAURA H. SUELAU
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone: (303) 294-7002
       FAX: (303) 294-1192
       laura_suelau@fd.org
       Attorney for Defendant Jon Hallford

## CERTIFICATE OF SERVICE

      I hereby certify that on July 3, 2025, I filed the foregoing *Defendant's Notice of Appeal* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses and all parties of record:

      Craig G. Fansler, Assistant United States Attorney
      Email: craig.fansler2@usdoj.gov

      Tim R. Neff, Assistant United States Attorney
      Email: tim.neff@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

      Jon M. Hallford (via U.S. Mail)

                                        s/ Laura H. Suelau
                                        LAURA H. SUELAU
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone: (303) 294-7002
                                        FAX: (303) 294-1192
                                        laura_suelau@fd.org
                                        Attorney for Defendant Jon Hallford